**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan RIVERA–ALCAZAR, also known as Juan Alonso Rivera, also known as Juan Alcazar Rivera, also known as Juan Rivera, also known as Juan Alonso Rivera–Alcazar, also known as Juan Alonso Rivera–Alcasa, also known as Juan Alonso Rivera Alcazar, also known as Juan Alonzo Rivera, also known as Manuel Alonso Rivera,**

also known as Lupillo Rivera, also known as Juan Alonzo Rivra, also known as Juan Carlos Martinez, Defendant–Appellant.

**No. 13–20694
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 29, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Rivera–Alcazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Rivera–Alcazar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rivera–Alcazar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Ronnie Cabrera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cabrera has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.